# Third District Court of Appeal

## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0450
Lower Tribunal No. 17-16744
_____

**Gonzalo Lopez-Jordan,**
Appellant,

vs.

**Araguaney Ltd.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Bernhard Law Firm PLLC, and Andrew J. Bernhard, for appellant.

Blaxberg, Grayson, Kukoff & Forteza, P.A., and Gaspar Forteza and Marcos Remete, for appellee.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Sg 2901, LLC v. Complimenti, Inc.</u>, 323 So. 3d 804, 806 (Fla. 3d DCA 2021) ("We review a judgment rendered after a bench trial to ensure that the trial court's findings of fact are supported by competent, substantial evidence.") (quotations omitted); <u>see</u> <u>also</u> <u>Zupnik Haverland, LLC v. Current Builders of Fla., Inc.</u>, 7 So. 3d 1132, 1134 (Fla. 4th DCA 2009) ("The lower court's ultimate factual determinations during a non-jury trial may not be disturbed on appeal unless shown to be unsupported by competent and substantial evidence or to constitute an abuse of discretion.").